UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT J. GARDNER, et al.,<br><br>                Plaintiffs,<br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>                Defendants. | Case No. 2:17-cv-00352-PAL<br><br>**ORDER**<br><br>(Mot Ext Time – ECF No. 19) |

Before the court is pro se Plaintiffs' Motion for an Extension of Time to Retain New Counsel (ECF No. 19). The court has reviewed the motion and defendant LVMPD's Response (ECF No. 20).

On August 25, 2017, the court granted plaintiffs' counsel leave to withdraw due to his health, stayed the case for 30 days until September 25, 2017, and gave plaintiffs until September 25, 2017, to obtain new counsel. The current motion requests that this matter be stayed for six months so that plaintiffs may have an opportunity to seek and obtain new counsel.

Although defendant does not necessarily oppose a brief stay considering that plaintiffs could not have anticipated their current situation, they do oppose having the case stayed for six months. LVMPD suggests staying the case for 60 days.

The court is sympathetic to plaintiffs' need to find new counsel unexpectedly especially when plaintiffs expressed complete satisfaction with their former counsel; however, a six-month stay is too long. The court will give plaintiffs an extension slightly in excess of 60-days, and stay the case while plaintiffs seek new counsel.

Having reviewed and considered the matter,

/ / /

/ / /

1

1  **IT IS ORDERED** that Plaintiffs' Motion for an Extension of Time to Retain New Counsel (ECF No. 19) is **GRANTED** to the extent that plaintiffs are granted an extension and stay until **November 30, 2017,** to seek and obtain new counsel.

**IT IS FURTHER ORDERED** that a status hearing is set for **December 12, 2017, at 9:00 a.m.** in Courtroom 3B. **Plaintiffs must appear in person if counsel of record has not made an appearance in compliance with the applicable provisions of the Local Rules of Practice.**

DATED this 16th day of October, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE