S. BRENT VOGEL
Nevada Bar No. 006858
Brent.Vogel@lewisbrisbois.com
AMANDA J. BROOKHYSER
Nevada Bar No. 11526
Amanda.Brookhyser@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant Naphcare*

UNITED STATE DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT J. GARDNER, individually, and as Co-Special Administrator of the Estate of GARRETT E. GARDNER, deceased; KIM GARDNER, individually, and as Co-Special Administrator of the Estate of GARRETT E. GARDNER, deceased; and THE ESTATE OF GARRETT E. GARDNER,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada and the County of Clark and operator of Clark County Detention Center, NAPHCARE, medical care provider for the Clark County Detention Center; DOE NAPHCARE DEFENDANTS I-X, individuals employed by NAPHCARE; DOE CCDC DEFENDANTS I-X, Corrections Officers employed as CCDC; and ROE ENTITIES I-X, inclusive,<br><br>Defendants. | Case No. 2:17-cv-00352 JCM-PAL<br><br>**STIPULATION TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER** |

Defendants and plaintiffs, by and through their respective counsel, and pursuant to Local Rule 26-4, stipulate to modify their discovery plan as follows:

4816-1659-3251.1

1. Plaintiff filed their complaint in the District Court for Clark County, Nevada on January 17, 2017. (Doc. 1).

2. Defendant Las Vegas Metropolitan Police Department filed its answer on February 9, 2017. (Doc 4).

3. Defendants Naphcare filed its Answer on March 20, 2017. (Doc. 8).

4. The parties held their F.R.C.P. 26 conference on March 24, 2017, and filed their initial Stipulated Discovery Plan and Scheduling Order in compliance with F.R.C.P. 26(f) and LR 26-1(e) on April 10, 2017

5. Subsequent to the conference, Plaintiff's initial attorney had to withdraw for health reasons. A Motion to Stay was filed by Plaintiffs on August 17, 2017 along with a motion to Withdraw. The Motion was granted and Plaintiffs filed Motions to Extend Time to Retain Counsel on September 25, 2017 and November 30, 2017. A Notice of Appearance of Plaintiff's current counsel was filed on January 12, 2018. Once Plaintiffs obtained new counsel, the parties agreed to the following dates:

| | |
|---|---|
| Last day of discovery: | July 10, 2018 |
| Last day to amend/add: | April 12, 2018 |
| Initial expert disclosure: | May 14, 2018 |
| Joint Interim Status Report: | May 14, 2018 |
| Rebuttal expert disclosure: | June 12, 2018 |
| Dispositive motions filed: | August 8, 2018 |
| Joint pre-trial order: | September 7, 2018 |

This discovery plan was signed by United State Magistrate Peggy Leen on February 9, 2018 (Doc. 30).

6. In compliance with Local Rule 26-4, the parties provide the following information regarding the discovery status:

a. Discovery Completed:

Plaintiff's Initial Disclosures: March 27, 2017;

Defendants' Initial Disclosures: April 5, 2017 and June 14, 2017;

Defendant LVMPD's First Supplemental Disclosures: June 7, 2017;

Defendant Naphcare's First Supplemental Disclosure: August 3, 2017;

Defendant Naphcare's Second Supplemental Disclosure: February 26, 2018;

Defendant Naphcare's Third Supplemental Disclosure: March 15, 2018;

Defendant Naphcare has propounded written discovery and Plaintiff has responded to same;

Defendant LVMPD has propounded written discovery and Plaintiff has responded to same;

Plaintiffs have propounded written discovery and Defendants have responded to same;

Depositions of Plaintiffs.

b. Discovery that remains to be completed: Further written discovery will likely be propounded by Defendants and Plaintiff. The depositions of Defendants and treating physicians remain to be taken. Expert disclosures need to be completed by all parties and depositions of disclosed experts will need to be completed. Additional depositions of percipient witnesses need to be completed. Additional medical records of the plaintiff need to be subpoenaed and disclosed.

c. Reasons why discovery was not completed: The parties have been working diligently in order to complete discovery. The parties agree that there are a significant number of treating physicians who need to be deposed so that the parties respective experts have that information. Additionally, the parties are working on scheduling the deposition of the Person Most Knowledgeable on behalf of Naphcare (the deposition of the Person Most Knowledgeable for LVMPD has been set) and agree that such needs to take place before expert disclosures. Counsel for Defendant Naphcare

will be out of the country for a week in May decreasing the amount of time the parties will have to complete this necessary discovery.

    d.    Proposed schedule for completion of remaining discovery (extension of remaining deadlines by approximately 60 days):

| | |
|---|---|
| Discovery Cut Off: | September 8, 2018 |
| Motions to Amend/Add: | Closed |
| Disclosure of Experts: | July 13, 2018 |
| Disclosure of Rebuttal Experts: | August 12, 2018 |
| Dispositive Motion deadline: | October 8, 2018 |
| Pre-Trial Order: | November 7, 2018 |
| Interim Status Report: | July 13, 2018 |

Dated this 4th day of May 2018.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Amanda J. Brookhyser
S. Brent Vogel, Esq.
Nevada Bar No. 6858
Amanda J Brookhyser, Esq.
Nevada Bar No. 11526
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendants

DATED this 4th day of May 2018.

KAEMPFER CROWELL

/s/ Lyssa Anderson
Lyssa S. Anderson
Ryan W. Daniels
1980 Festival Plaza Drive, Suite 650
Las Vegas NV 89135
*Attorneys for Las Vegas Metropolitan Police Department*

Dated this 4th day of May 2018.

MORRIS//ANDERSON

/s/ Jacob Leavitt .
Ryan M. Anderson, Esq.
Jacob Leavitt, Esq.
716 S. Jones Blvd.
Las Vegas Nevada 89107
*Attorneys for Plaintiffs*

**IT IS SO ORDERED** this 8th day of May, 2018.

_____
Peggy A. Leen
United States Magistrate Judge