1  LYSSA S. ANDERSON
   Nevada Bar No. 5781
2  RYAN W. DANIELS
   Nevada Bar No. 13094
3  KAEMPFER CROWELL
   1980 Festival Plaza Drive, Suite 650
4  Las Vegas, Nevada 89135
   Telephone: (702) 792-7000
5  Fax:        (702) 796-7181
   landerson@kcnvlaw.com
6  rdaniels@kcnvlaw.com
   *Attorneys for Defendant*
7  *Las Vegas Metropolitan Police Department*

8  UNITED STATES DISTRICT COURT

9  DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT J. GARDNER, individually, and as Co-Special Administrator of the Estate of GARRETT E. GARDNER, deceased; KIM GARDNER, individually, and as Co-Special Administrator of the Estate of GARRETT E. GARDNER, deceased; and, The ESTATE OF GARRETT E. GARDNER,<br><br>Plaintiffs,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada and the County of Clark and operator of Clark County Detention Center; NAPHCARE, medical care providers for the Clark County Detention Center, DOE NAPHCARE DEFENDANTS I-X, individuals employed by NAPHCARE; DOE CCDC DEFENDANTS I-X, Corrections Officers employed at CCDC; and ROE ENTITIES I-X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-00352 JCM-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF LVMPD'S MOTION FOR SUMMARY JUDGMENT AND NAPHCARE'S MOTION FOR SUMMARY JUDGMENT**<br>**(First Request)** |

1 | Plaintiffs hereby agree and stipulate with Defendant Las Vegas Metropolitan Police
2 | Department ("LVMPD") and Defendant Naphcare, Inc. ("Naphcare") to extend the deadline for
3 | LVMPD and Naphcare to file their respective Replies in Support of their Motions for Summary
4 | Judgment, [ECF No. 47 and 48] currently set for January 11, 2019, for an additional seven (7)
5 | days, until January 18, 2018. This is the first requested extension of LVMPD's reply and
6 | Naphcare's reply. LVMPD and Naphcare request the extension because counsel require
7 | additional time to prepare the replies.
8 | / / /
9 | / / /
10 | / / /
11 | / / /
12 | / / /
13 | / / /
14 | / / /
15 | / / /
16 | / / /
17 | / / /
18 | / / /
19 | / / /
20 | / / /
21 | / / /
22 | / / /
23 | / / /
24 | / / /

2252675_1 [6943.121]

The extension will not prejudice any party and will allow LVMPD and Naphcare to adequately brief their replies in support of their respective motions for summary judgment filed with this Court. The parties are not delaying the conclusion of this matter; no trial date has yet been ordered.

DATED this 9th day of January, 2019.

KAEMPFER CROWELL

By: /s/ Lyssa S. Anderson
    LYSSA S. ANDERSON
    Nevada Bar No. 5781
    1980 Festival Plaza Drive, #650
    Las Vegas, Nevada 89135
    **Attorneys for LVMPD**

LEWIS BRISBOIS BISGAARD & SMITH

By: /s/ S. Brent Vogel
    S. BRENT VOGEL, ESQ.
    Nevada Bar No. 6858
    6385 S. Rainbow Boulevard, Suite 600
    Las Vegas, Nevada 89118
    **Attorneys for Defendant Naphcare**

MESSNER REEVES LLP

By: /s/ Lauren D. Calvert
    LAUREN D. CALVERT
    Nevada Bar No. 10534
    8945 W. Russell Road, Suite 300
    Las Vegas, NV 89148
    **Attorney for Plaintiffs**

**IT IS SO ORDERED.**

DATED this 14th day of January, 2019.

_____
UNITED STATES MAGISTRATE JUDGE